AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

CA 07 167

| United States District Court | District | |
|---|---|---|
| Name James D. Coningford | Prisoner No. 70949 | Case No. |
| Place of Confinement Rhode Island Adult Correctional Institute Medium Security, Moran Building | | |
| Name of Petitioner (include name under which convicted) James D. Coningford | Name of Respondent (authorized person having custody of petitioner) V. | |
| The Attorney General of the State of: | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack Kent County Superior Court Warwick RI

2. Date of judgment of conviction June 28, 2004

3. Length of sentence 30 years: 20 to serve, 10 suspended

4. Nature of offense involved (all counts) Second degree Child Molestation

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court Rhode Island State Supreme Court

(b) Result Denied

(c) Date of result and citation, if known July 3, 2006

(d) Grounds raised Absence of lesser-included offense during jury instructions. Inclusion of 404(b) evidence/testimony during trial

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court ______

(2) Result ______

(3) Date of result and citation, if known ______

(4) Grounds raised ______

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court ______

(2) Result ______

(3) Date of result and citation, if known ______

(4) Grounds raised ______

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court Kent County Superior Court

(2) Nature of proceeding Motion to modify sentence

(3) Grounds raised Motion was withdrawn before being heard

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result Motion was withdrawn before being heard

(6) Date of result Jan. 2007

(b) As to any second petition, application or motion give the same information:

(1) Name of court

(2) Nature of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☑
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
Motion was withdrawn before being heard. Hence, appeal of motion to modify was not an option

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: Absense of lesser-included offense

Supporting FACTS (state *briefly* without citing cases or law) Jury instructions did not include the option of a lesser-included offense of simple assault.

B. Ground two: Inclusion of 404(b) Evidence/testimony

Supporting FACTS (state *briefly* without citing cases or law) Court allowed 404(b) testimony from witnesses' of unrelated alledged events, occurring years apart. from current charge/conviction

AO 241 (Rev. 5/85)

C. Ground three: ______

Supporting FACTS (state *briefly* without citing cases or law) ______

D. Ground four: ______

Supporting FACTS (state *briefly* without citing cases or law) ______

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ______

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing Dave McKenna Chalkstone Ave, Providence RI

(b) At arraignment and plea Tom Briody Pine St., Providence, RI

AO 241 (Rev. 5/85)

(c) At trial Gerald Donley Reservoir Ave. Cranston, RI 02910

(d) At sentencing Gerald Donley Reservoir Ave. Cranston, RI 02910

(e) On appeal Paula Rosin 160 Pine St. Providence RI, 02903

(f) In any post–conviction proceeding __________

(g) On appeal from any adverse ruling in a post–conviction proceeding __________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: __________

(b) Give date and length of the above sentence: __________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

__________
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May 3, 2007
(date)

[signature]
Signature of Petitioner