UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES D. CONINGFORD, Petitioner, | : | |
| v. | : | CA 07-167 ML |
| STATE OF RHODE ISLAND, et al., Respondent. | : | |

**ORDER**
**DENYING WITHOUT PREJUDICE**
**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Before the Court is the Application to Proceed without Prepayment of Fees and Affidavit (Document ("Doc.") #2) ("Application") filed by Petitioner James D. Coningford ("Petitioner") on May 11, 2007, in conjunction with his Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. #1) ("Petition"). Petitioner has paid the $5.00 filing fee. See Docket.

Although Petitioner has completed the affidavit required by 28 U.S.C. § 1915(a)(1),[1] he has not submitted a certified copy of his prisoner trust fund account statement (or institutional equivalent) for the six month period preceding the filing of the action, obtained from an appropriate official at the Adult Correctional Institutions ("ACI"), where Petitioner is currently

---

[1] Section 1915(a)(1) provides that:

> Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1).

confined, as directed by 28 U.S.C. § 1915(a)(2).[2] Accordingly, Petitioner's Application is denied without prejudice. He may refile his Application along with a certified copy of his prisoner trust fund statement (or institutional equivalent), obtained from an appropriate official at the ACI.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 14, 2007

---

[2] According to § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a)(2).