UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES D. CONINGFORD

vs. CA 07-167ML

STATE OF RHODE ISLAND, et al

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **June 8, 2007.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 17, 2007

Entered as an Order of this Court on May 17, 2007.

Barbara Barletta
Deputy Clerk