MARY M. LISI, CHIEF US DISTRICT JUDGE
UNITED STATES DISTRICT COURT
PROVIDENCE, RI 02903-1720

MONDAY, JUNE 4, 2007

RE: CA 07-167ML (HABEAS CORPUS PETITION)

YOUR HONOR,

I RECENTLY RECEIVED THE STATE'S RESPONSE TO MY HABEAS CORPUS PETITION. TO MY SURPRISE, THEIR RESPONSE WAS IN THE FORM OF A MOTION TO DISMISS MY PETITION. I OBVIOUSLY MISUNDERSTOOD THE NATURE AND PURPOSE OF FILING THE PETITION. I BELIEVED IT WAS TO ONLY PRESENT THE ISSUE(S) I WISH TO RAISE (ARGUE) IN COURT. I DID NOT REALIZE THAT I WAS EXPECTED TO SUPPORT THESE ISSUES WITHIN THE PETITION, ESPECIALLY WITHOUT THE ADVICE OF AN ATTORNEY.

I TRIED TO OBTAIN AN ATTORNEY IN PREPARATION FOR FILING, BUT I WAS INFORMED THAT I WOULD BE ASSIGNED AN ATTORNEY AFTER I HAVE FILED MY PETITION PRO SE. HENCE, I WAS RELUCTANT TO INCLUDE ANY INFORMATION THAT I THOUGHT MIGHT BE SUPERFLUOUS OR EXTRANEOUS; MY OBJECTIVE WAS TO STATE ONLY THE FACTS NECESSARY TO "PRESENT" MY ISSUES. I ASSUMED THAT I WOULD HAVE AN OPPORTUNITY TO INCLUDE SUPPORTING INFORMATION ONCE AN ATTORNEY HAS BEEN ASSIGNED.

AT THIS POINT, I AM STILL RELUCTANT TO FULLY EXPRESS MY ARGUMENT IN SUPPORT OF MY HABEAS CORPUS ISSUES, SINCE I AM STILL WITHOUT CONSEL. HOWEVER, I ALSO FEEL THE NEED TO INCLUDE SOME BASIC FACTS:

- THE A.G.'S OFFICE SUGGESTS THAT MY CLAIMS HAD NO MERIT DURING THE APPEALS PROCESS, AND, THEREFORE THEY WILL HAVE NO MERIT HERE. I DISAGREE, JUST BECAUSE MY APPEAL WAS UNSUCCESSFUL DOES NOT NECESSARILY MEAN THAT MY CLAIMS WERE TOTALLY WITHOUT MERIT. THIS IS PRECISELY WHY I FILED THE PETITION, BECAUSE MY APPEAL WAS UNSUCCESSFUL. HAD MY APPEAL BEEN GRANTED, OBVIOUSLY THERE WOULD BE NO NEED TO FILE A WRIT OF HABEAS CORPUS.
- THE A.G.'S RESPONSE DOES NOT TAKE INTO ACCOUNT THE POSSIBILITY THAT I MIGHT APPROACH MY ARGUMENT IN A DIFFERENT MANNER THAN THE ONE TAKEN DURING THE APPEAL. FURTHERMORE, I MIGHT INCLUDE ADDITIONAL ELEMENTS TO SUPPORT MY ARGUMENT THIS TIME.
- THE A.G.'S OFFICE PROVIDED SUPPORTING DOCUMENTS WITH THEIR RESPONSE. THESE DOCUMENTS COTAINED NUMEROUS FALSEHOODS, INACCURACIES, AND INCONSISTENCIES, MANY OF WHICH WERE TAKEN OUT OF CONTEXT. FOR EXAMPLE, IN 1995 I WAS CHARGED WITH ASSAULT W/ INTENT TO COMMIT SEXUAL ASSAULT, THIS CHARGE WAS SOON DISMISSED BY JUDGE J. CLIFTON ON 10/26/95; IT WAS NOT PLED DOWN. SUBSEQUENTLY, I WAS CHARGED WITH SIMPLE ASSAULT FOR THE SAME ALLEGED INCIDENT. I PLED NOLO CONTENDERE TO THE SIMPLE ASSAULT DUE TO THE ADVICE OF MY ATTORNEY. HE INFORMED ME THAT IT WOULD BE EXTREMELY DIFFICULT TO PROVE A NEGATIVE (VIZ. THAT SOMETHING DID NOT OCCUR), ESPECIALLY A SIMPLE ASSAULT ALLEGATION, SINCE THEY ENCOMPASS <u>ANY</u> TOUCH WHETHER INTENTIAL OR <u>NOT</u>.
- THERE ARE NUMEROUS OTHER RELEVANT FACTS THAT I WOULD LIKE TO BRING TO THE COURTS ATTENTION, IF GIVEN THE OPPORTUNITY.

FOR EXAMPLE, THE A.G.'S OFFICE IS PRESENTING ~~TESTIMONY~~ SPECULATION FROM ~~DETECTIVE JANICE SASSI~~ PROSECUTOR GINA LOPEZ, AND THEY ARE CITING IT AS ACCUSER ("VICTIM") TESTIMONY. IT IS MY UNDERSTANDING THAT THE ~~DETECTIVE'S~~ PROSECUTOR'S TESTIMONY IS NOT EVIDENCE.

KNOWING THAT YOU ARE NOW AWARE THAT I HAD NO ALTERNATIVE, BUT TO FILE MY HABEAS CORPUS PETITION PRO SE, I AM PRAYING THAT I WILL BE AFFORDED AN OPPORTUNITY TO THOROUGHLY SUPPORT MY PETITION WITH MORE RELEVANT FACTS. I AM ALSO BEGGING THE COURT FOR LENIENCY UNTIL I AM PROPERLY REPRESENTED BY AN ATTORNEY, AS I AM NOT FULLY APT IN LEGAL ISSUES AND LAW HISTORY.

YOUR ANTICIPATED CONSIDERATION ON THIS MATTER IS GREATLY APPRECIATED.

RESPECTFULLY, Jim Coningford

JAMES CONINGFORD
PO BOX 8274
CRANSTON RI 02920