**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

JUNE 11, 2007. U.S. DISTRICT **COURT**

JAMES D. CONINGFORD :
:
**VS.** : **CA#** 07-167ML
:
STATE OF RHODE ISLAND :

**'MOTION TO** GRANT AN EXTENSION **'**

Now comes the PLAINTIFF, JAMES D. CONINGFORD in the above entitled matter and asks this Honorable Court to please grant this motion. The PLAINTIFF states the following in support of his motion:

1. NOT BEING AN ATTORNEY, I CAN NOT BE ADEQUATELY PREPARED TO FILE A RESPONSE TO THE STATE'S MOTION TO DISMISS MY HABEAS CORPUS PETITION BY 6/18/07.
2. I DO NOT CLEARLY UNDERSTAND THE STATE'S ARGUMENT IN THE MOTION TO DISMISS. HENCE, I AM NOT EQUIPPED TO FORMULATE A REASONABLE OR SUFFICIENT RESPONSE IN MY DEFENSE.
3. I HAVE NO FORMAL KNOWLEDGE OF LAW AND AS SUCH CAN NOT FULLY REPRESENT THE ISSUES TO BE BROUGHT BEFORE THIS COURT FOR CONSIDERATION.
4. ERGO, I AM REQUESTING AN EXTENSION UNTIL SUCH TIME THAT AN ATTORNEY CAN BE APPOINTED AND PREPARED TO REPRESENT ME.
5. I HAVE LIMITED ACCESS TO LAW BOOKS AND CASE HISTORIES.

Whereas the PLAINTIFF hereby prays that this Honorable Court grant this 'Motion to GRANT AN EXTENSION'.

Respectfully Submitted,

Jim Coningford