State of Rhode Island and Providence Plantations

______________SC, US District Court

JAMES D. CONINGFORD
~~State of Rhode Island~~
PLAINTIFF

Date 06/11/07

V.

Court File
Case # CA 07-167 ML

STATE OF RHODE ISLAND
Defendant

§ § § § § § § § § § § §

**MOTION FOR APPOINTMENT OF COUNSEL**

**Now comes the defendant in the above entitled matter and moves this Honorable Court grant counsel to the defendant.**

In support of this motion the following is stated.

1). That I JAMES D. CONINGFORD ,am being housed at the Rhode Island State Prison, Po Box 8274 Cranston R.I. 02920

2). In keeping with the Rhode Island Constitution Atr. 1,§ 1 [2],[10],[13]. As well as the rights governed under the United States Constitutional Amendments $5^{th.}$ $6^{th.}$ $14^{th.}$

3). And prays this Honorable Court, grant this motion that the Defendant is not a lawyer and has no formal knowledge of law and as such can not fully represent the issues to be brought before this Honorable Court for consideration, unless he is appointed counsel to represent him. And moves this Court grant all others which are fair and just.

**Respectfully Submitted**

Jim Coningford

**Po Box 8274 Cranston**
**R.I. 02920**

**CERTIFICATION OF SERVICES**

**I the undersigned do certify and swear that a true copy of the enclosed document has been sent to the Office of the attorney General, 150 South Main Street, Providence R.I. 02920 Postage Paid and sent on the day of ,2004**

______________________

District Court of the United States
for the District of Rhode Island

JAMES CONINGFORD Plaintiff )
)
v. )
)
STATE OF RHODE ISLAND, Defendant )

Case No. CA 07-167 ML

Motion for Appointment of Counsel

Pursuant to 28 U.S.C. §1915(e)(1) plaintiff moves for an order appointing counsel to represent himself in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. ~~A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.~~ JC

WHEREFORE, plaintiff requests that the court appoint counsel in this case.

JUNE 11, 2007
Date

Jim Coningford
Name