# RESPONSE:

I HAVE RECENTLY FILED A COUPLE OF MOTIONS: ONE REQUESTING AN EXTENSION (TO FILE MY RESPONSE TO THE STATE'S MOTION TO DISMISS); AND THE OTHER REQUESTING THAT AN ATTORNEY BE APPOINTED TO MY CASE. I AM NOW RELUCTANTLY AND UNPREPAREDLY FILING THIS PARTIAL (INCOMPLETE) RESPONSE SO THAT I WILL HAVE SOMETHING FILED ON-TIME, IN THE UNLIKELY EVENT THAT AN EXTENSION WILL NOT BE GRANTED.

NOT BEING AN ATTORNEY AND NOT POSSESSING ANY FORMAL KNOWLEDGE OF LAW, I AM NOT ADEQUATELY PREPARED TO FILE A COMPLETE RESPONSE. HENCE, I AM ATTACHING A RELEVANT BRIEF (ORIGINALLY FILED BY MY PREVIOUS ATTORNEY DURING MY APPEAL) TO BE INCLUDED AS THE PRINCIPAL COMPONENT OF THIS PARTIAL RESPONSE, AS IT SUPPORTS MANY OF MY HABEAS CORPUS ISSUES. FURTHERMORE, THIS BRIEF REFUTES SEVERAL OF THE A.G.'S ARGUMENTS IN THEIR MOTION TO DISMISS.

I UNDERSTAND THAT THIS BRIEF MAY NOT BE AN APPROPRIATE OR USUAL RESPONSE, BUT IT IS A PROFESSIONAL, AD HOC RESPONSE THAT ADDRESSES (AND CITES) MY ISSUES AND CONCERNS. HOWEVER, THIS BRIEF DOES NOT ATTEMPT TO VITIATE THE INCONSISTENCIES AND INACCURACIES SPECIFIC TO THE CURRENT A.G.'S MOTION. TO PROPERLY ADDRESS AND CITE THESE ISSUES, I WILL NEED THE ASSISTANCE OF A QUALIFIED ATTORNEY.

I AM IMPLORING THAT THIS HONORABLE COURT WILL GRANT AN EXTENSION AND APPOINT AN ATTORNEY SO THAT HE OR SHE CAN APPROPRIATELY AND COMPLETELY RESPOND TO THE CURRENT, SPECIFIC ISSUES RAISED BY THE A.G.'S OFFICE. I AM ALSO IMPLORING THAT THIS HONORABLE COURT WILL NOT DISMISS MY HABEAS CORPUS PETITION, ESPECIALLY WITHOUT ALLOWING ME AN OPPORTUNITY TO CONSULT WITH AN ATTORNEY, AND A REASONABLE EXTENSION TO PREPARE A SUFFICIENT RESPONSE.

RESPECTFULLY, Jim Coningford 6/14/07

JAMES CONINGFORD, PRO SE