State of Rhode Island and Providence Plantations

_____________SC, US District Court

James D. Coningford
~~State of Rhode Island~~
PLAINTIFF

V.

State of Rhode Island
Defendant

Date 06/11/07

Court File
Case # CA 07-167 ML

## MOTION FOR APPOINTMENT OF COUNSEL

**Now comes the defendant in the above entitled matter and moves this Honorable Court grant counsel to the defendant.**

In support of this motion the following is stated.

1). That I James D. Coningford ,am being housed at the Rhode Island State Prison, Po Box 8274 Cranston R.I. 02920

2). In keeping with the Rhode Island Constitution Atr. 1,§ 1 [2],[10],[13]. As well as the rights governed under the United States Constitutional Amendments 5th. 6th. 14th.

3). And prays this Honorable Court, grant this motion that the Defendant is not a lawyer and has no formal knowledge of law and as such can not fully represent the issues to be brought before this Honorable Court for consideration, unless he is appointed counsel to represent him. And moves this Court grant all others which are fair and just.

**DENIED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 6/18/07

Respectfully Submitted
Jim Coningford
Po Box 8274 Cranston
R.I. 02920

**CERTIFICATION OF SERVICES**

**I the undersigned do certify and swear that a true copy of the enclosed document has been sent to the Office of the attorney General, 150 South Main Street, Providence R.I. 02920 Postage Paid and sent on the day of ,2004**