**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

JUNE 11, 2007. U.S. DISTRICT **COURT**

JAMES D. CONINGFORD :
:
**VS.** : **CA#** 07-167ML
:
STATE OF RHODE ISLAND :

**'MOTION TO** GRANT AN EXTENSION **'**

**Now comes the** PLAINTIFF, JAMES D. CONINGFORD **in the above entitled matter and asks this Honorable Court to please grant this motion. The** PLAINTIFF **states the following in support of his motion:**

1. NOT BEING AN ATTORNEY, I CAN NOT BE ADEQUATELY PREPARED TO FILE A RESPONSE TO THE STATE'S MOTION TO DISMISS MY HABEAS CORPUS PETITION BY 6/18/07.
2. I DO NOT CLEARLY UNDERSTAND THE STATE'S ARGUMENT IN THE MOTION TO DISMISS. HENCE, I AM NOT EQUIPPED TO FORMULATE A REASONABLE OR SUFFICIENT RESPONSE IN MY DEFENSE.
3. I HAVE NO FORMAL KNOWLEDGE OF LAW AND AS SUCH CAN NOT FULLY REPRESENT THE ISSUES TO BE BROUGHT BEFORE THIS COURT FOR CONSIDERATION.
4. ERGO, I AM REQUESTING AN EXTENSION UNTIL SUCH TIME THAT AN ATTORNEY CAN BE APPOINTED AND PREPARED TO REPRESENT ME.
5. I HAVE LIMITED ACCESS TO LAW BOOKS AND CASE HISTORIES.

**Whereas the** PLAINTIFF **hereby prays that this Honorable Court grant this 'Motion to** GRANT AN EXTENSION **'.**

**Respectfully Submitted,**

Jim Coningford

Granted. Petitioner shall file his response on or before July 3, 2006. Mary M. Lisi USDJ 6/18/07