**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

JUNE 28, 2007. U.S. DISTRICT **COURT**

JAMES D. CONINGFORD :
:
**VS.** : **CA#** 07-167 ML
:
STATE OF RHODE ISLAND :

**'MOTION TO** REQUEST AN EXTENSION **'**

Now comes the PLAINTIFF, JAMES D. CONINGFORD in the above entitled matter and asks this Honorable Court to please grant this motion. The PLAINTIFF states the following in support of his motion:

1. NOT BEING AN ATTORNEY, I CANNOT BE ADEQUATELY PREPARED TO FILE A PROPER RESPONSE TO THE STATE'S MOTION TO DISMISS MY HABEAS CORPUS PETITION BY 7/3/07.
2. I DO NOT CLEARLY UNDERSTAND THE STATE'S ARGUMENT IN THEIR MOTION TO DISMISS. HENCE, I AM NOT EQUIPPED TO FORMULATE A REASONABLE OR SUFFICIENT RESPONSE IN MY DEFENSE.
3. I HAVE NO FORMAL KNOWLEDGE OF LAW AND AS SUCH CANNOT FULL REPRESENT THE ISSUES TO BE BROUGHT BEFORE THIS COURT FOR CONSIDERATION.
4. PLEASE REVIEW THE ATTACHED TWO-PAGE LETTER FOR ADDITIONAL CONDITIONS THAT I BEBELIEVE WARRANT AN EXTENSION.

Whereas the PLAINTIFF hereby prays that this Honorable Court grant this 'Motion to REQUEST AN EXTENSION'.

Respectfully Submitted,

Jim Coningford

JAMES D. CONINGFORD, PRO SE

REQUEST FOR AN EXTENSION:

YOUR HONOR,

I AM CURRENTLY REQUESTING AN ADDITIONAL EXTENSION, AS I DESPERATELY NEED MORE TIME TO FILE AN ADEQUATE RESPONSE. THE LAST EXTENSION (OF TWO WEEKS) WAS GRANTED ON MONDAY, 6/18/07; HOWEVER, I DID NOT RECEIVE NOTICE OF THE EXTENSION UNTIL NOON WEDNESDAY, 6/27/07. UNFORTUNATELY, THIS ALLOWS ME ROUGHLY ONE DAY TO RESPOND, DUE TO CURRENT CONDITIONS IN THIS FACILITY'S MAILROOM AND ITS POLICIES. I WOULD NEED TO MAIL OUT MY RESPONSE ON THURSDAY, 6/28/07, (TODAY), FOR IT TO BE "PROCESSED" AND SHIPPED OUT OF THE PRISON BY FRIDAY, 6/29/07, THEREBY ALLOWING TWO FULL MAIL-DAYS TO INSURE IT GETS FILED ON TIME (7/3/07).

PLEASE CONSIDER PRISON MAIL PROCEDURE AT THIS FACILITY WHEN ATTEMPTING TO SET A REASONABLE EXTENSION. LEGAL MAIL-CALL IS ONLY SCHEDULED A FEW TIMES A WEEK (USUALLY MON., WED., AND FRI. MORNINGS DURING A 15-20 MINUTE WINDOW). IF WE MISS MAIL-CALL FOR ANY REASON, WE WILL NEED TO WAIT FOR THE NEXT ONE (2-3 DAYS). SINCE I AM HEARING-IMPAIRED IN BOTH EARS, I HAVE A DIFFICULT TIME HEARING ANNOUNCEMENTS. THIS TIME IT TOOK NINE DAY TO RECEIVE NOTICE OF THE FIRST EXTENSION (FROM THE DAY IT WAS SIGNED BY THE COURT).

PLEASE ALSO CONSIDER THE LIMITED LEGAL RESOURCES AT THIS FACILITY. WE ARE ONLY ALLOWED 2.5 HOURS OF LEGAL RESEARCH TIME PER WEEKDAY. THE LAW LIBRARY STORES ONE COPY OF EACH LEGAL REFERENCE VOLUME (WITH ONLY A FEW EXCEPTIONS), HENCE UP TO TWELVE INMATES MAY NEED TO SHARE A SINGLE VOLUME AT ANY GIVEN TIME. IF I AM FORTUNATE ENOUGH TO REVIEW RELEVANT VOLUMES ONE-FIFTH OF THE TIME, THAT WOULD ONLY AFFORD ME 2.5 HOURS OF ACTUAL RESEARCH TIME EACH WEEK. TO PUT THIS INTO PERSPECTIVE, IT TAKES ME MORE THAN 2.5 HOURS MERELY TO PREPARE EACH REQUEST FOR AN EXTENSION. HENCE, IT HAS BEEN IMPOSSIBLE FOR ME TO PERFORM MUCH NEED RESEARCH AND

ALSO PREPARE A THOROUGH RESPONSE BY THE UNTIMELY DEADLINES.

THERE IS ALSO A DELAY WHEN SENDING OUT REGISTERED OR CERTIFIED MAIL, SINCE WE ARE REQUIRED TO COMPLETE AN INMATE-ACCOUNT TRANSFER FORM. THESE FORMS REQUIRE THREE SIGNITURES OF AUTHORIZATION. ERGO, IT CAN TAKE DAYS FOR MAIL TO BE SENT OUT ONCE IT INITIALLY ENTERS THE MAILROOM.

IN ADDITION TO THE ABOVE DELAY AND RESTRICTIONS, THIS FACILITY RECENTLY ASSIGNED A NEW OFFICER TO MANAGE THE MAIL. APPARENTLY, HE IS STILL ADJUSTING TO HIS NEW POSITION, AND IT WILL PROBABLY TAKE A WHILE FOR HIM TO ACHIEVE OPTIMAL EFFICIENCY.

PLEASE CONSIDER ALL OF THE ABOVE AND GRANT ME A LENGTHIER EXTENSION (PERHAPS, FOUR TO EIGHT WEEKS) THAT WILL ALLOW ME THE MUCH-NEEDED TIME.

ALSO, I WOULD NOW LIKE TO REQUEST AN EVIDENTARY HEARING OR ANOTHER OPPORTUNITY TO SPEAK ON MY OWN BEHALF BEFORE A DECISION IS RENDERED ON MY WRIT OF HABEAS CORPUS.

RESPECTFULLY, Jim Coningford

JAMES D. CONINGFORD, PROSE