**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

JULY 18, 2007. US. DISTRICT **COURT**

JAMES D. CONINGFORD :
:
**VS.** : **CA#** 07-167ML
:
STATE OF RHODE ISLAND :

**'MOTION TO** REQUEST AN EXTENSION**'**

**Now comes the** PLAINTIFF, JAMES D. CONINGFORD **in the above entitled matter and asks this Honorable Court to please grant this motion. The** PLAINTIFF **states the following in support of his motion:**

1. DUE TO UNANTICIPATED CIRCUMSTANCES[1] (REQUEST FROM A CORRECTIONAL OFFICER), I HAVE NOT HAD SUFFICIENT TIME TO PREPARE ~~FOR~~ MY RESPONSE. THIS REQUEST WAS CONSUMING MOST OF MY DAY IN NUMEROUS SEGMENTS.
2. I ASKED THE OFFICER IF I COULD BE RELEASED FROM THE TIME-CONSUMING REQUEST DUE TO MY DEADLINE IN FEDERAL COURT. HE DENIED MY REQUEST.
3. I ATTEMPTED TO EXPLAIN THE IMPORTANCE OF MY HABEAS PETITION; AND I WAS ULTIMATELY FIRED AND 'BOOKED' AS A RESULT. I BELIEVE THE OFFICER'S DEMAND INFRINGED ON MY DUE PROCESS RIGHTS.
4. SINCE I BELIEVE THE 'BOOKING' WAS UNLAWFUL, I HAD TO APPEAR AT THE DISCIPLINARY BOARD, AND I AM CURRENTLY IN THE APPEALS PROCESS. AS OF NOW, I AM ONE-THIRD OF THE WAY THROUGH OF COMPLETING MY RESPONSE, BUT I MAY LOSE MY PRIVILEGE TO THE LAW LIBRARY FOR FIFTEEN (15) DAYS IF MY APPEAL IS DENIED.

**Whereas the** PLAINTIFF **hereby prays that this Honorable Court grant this 'Motion to** REQUEST AN EXTENSION**'.**

**Respectfully Submitted,**

Jim Coningford

JAMES D. CONINGFORD, PRO SE

1. SEE ATTACHED