Mary M. Lisi, Chief US District Judge
United States District Court
Providence, RI 02903

Wednesday, July 18, 2007

RE: CA# 07-167ML

Dear Judge Lisi,

Unfortunately, I find myself in the predicament of needing to file yet another extension. A correctional officer at my facility had asked me to perform a "favor" for him; acknowledging my status as an inmate, and with respect for the officer, I submitted. I later learned that this favor was extremely time-consuming and indefinite. After two weeks had elapsed, I requested to be released from this favor and I learned that it was now a job. I attempted to explain the importance of my court deadline as delicately as possible, and I was penalized as a result.

Please try to understand that, as an inmate, I am in a submissive relationship with the correctional officers and conflicts of priority (Such as this) can occur. Your anticipated understanding is highly appreciated.

Respectfully, Jim Coningford
JAMES D. CONINGFORD, PRO SE

" THIS FAVOR WAS SUPPOSED TO LAST ONE WEEK OR LESS.