JAMES D. CONINGFORD, PRO SE

v. CA 07-167ML

STATE OF RHODE ISLAND, et al

RESPONSE TO STATE'S MOTION TO DISMISS
PETITION FOR WRIT OF HABEAS CORPUS

NOW COMES THE PLAINTIFF, JAMES D. CONINGFORD, AND HEREBY OBJECTS TO THE STATE'S MOTION TO DISMISS MY PETITION FOR WRIT OF HABEAS CORPUS. IN SUPPORT OF MY OBJECTION, I RELY ON THE ATTACHED DOCUMENTS.

RESPECTFULLY SUBMITTED, Jim Coningford 8/15/07

JAMES D. CONINGFORD, PRO SE
PO BOX 8274 (CR-39) #70949
CRANSTON, RI 02920-0274

# KEY TO THE RECORD

THE RECORD IN MY CASE CONSIST OF FOUR TRANSCRIPT VOLUMES. I HAVE REFERENCED PAGES IN TWO OF THOSE VOLUME AS FOLLOWS:

"T" PRETRIAL MOTIONS HEARD BY JUSTICE NUGENT ON JUNE 3 AND 4, 2004

"TT" PRETRIAL MOTIONS AND TRIAL PROCEEDINGS; JUSTICE NUGENT PRESIDING ON JUNE 15-18, 2004

DUE TO MY LIMITED ACCESS TO A COPIER, I HAVE NOT BEEN ABLE TO INCLUDE COPIES OF ALL THESE TRANSCRIPTS WITH THIS RESPONSE. HOWEVER, I HAVE ATTACHED A COPY OF A PARTIAL TRANSCRIPT, THAT WAS USED DURING MY APPEAL, I HOPE IT WILL SUFFICE.

# TABLE OF CONTENTS:


| | |
|---|---|
| INDEX OF AUTHORITIES | i |
| KEY TO THE RECORD | v |
| NOTE | 1 |
| INTRODUCTION | 2 |
| ARGUMENT | |
| INCLUSION OF 404(b) EVIDENCE | 3 |
| EXCLUSION OF LESSER-INCLUDED INSTRUCTION | 21 |
| CONCLUSION | 28 |
| ADDENDUM | |
| ADHERENCE OF 404(b) EVIDENCE TO RULE 403 | 31 |
| SO-CALLED "FACTS AND CIRCUMSTANCES" | 35 |
| INQUIRY AND OUTLINE REGARDING OTHER ISSUES | 37 |
| ADDITION TO 404(b) ARGUMENT | 53 |

TABLE OF AUTHORITIES


UNITED STATES SUPREME COURT CASES:

KEEBLE v. UNITED STATES, 412 U.S. 205, 213-14 (1973) p. 26

LEWIS v. JEFFERS, 497 U.S. 780 p. 2

SPENCER v. TEXAS, 385 U.S. 554, 560 (1967) p. 9

OTHER FEDERAL CASES:

UNITED STATES v. CORTIJO-DIAZ, 875 F. 2d 13, 15 (1ST CIR. 1989) p. 10, 18

UNITED STATES v. FIELDS, 871 F.2d 188, 197 (1ST 1989) p. 11

UNITED STATES v. FRANKHAUSER, 8 F. 3d 641, 648 (1ST CIR. 1996) p. 11

UNITED STATES v. HOGUE, 827 F.2d 660, 662 (10TH CIR. 1987) p. 13

UNITED STATES v. HUFF, 959 F.2d 731, 736-37 (8TH CIR. 1992) p. 11, 13

UNITED STATES v. McCOURT, 925 F.2d 1229, 1235-36 (9TH CIR. 1991) p. 7

UNITED STATES v. MOCCIA, 681 F.2d 61, 63 (1ST CIR. 1982) p. 16

UNITED STATES v. MYERS, 550 F.2d 1036, 1044-45 (5TH CIR. 1977) p. 16

UNITED STATES v. NORTON, 846 F.2d 521, 524 (8TH CIR. 1988) p. 13

UNITED STATES v. RUGIO, 834 F.2d 442, 451 (5TH CIR. 1987) p. 11

UNITED STATES v. TEMPLE, 862 F.2d 821, 823 (10TH CIR. 1988) p. 14

UNITED STATES v. THOMAS, 964 F.2d 836, 839 (8TH CIR. 1992) p. 11

UNITED STATES v. VAROUDAKIS, 233 F.3d 113, 121-25 (1ST CIR. 2000) p. 16

OTHER:

UNITED STATES v. FERGUSO, 28 M.J. 104, 109 (C.M.A. 1989) p. 16

UNITED STATES v. WINGART, 27 M.J. 128, 135 (C.M.A. 1988) p 16

MICHELSON v. UNITED STATES, 335 U.S. 469, 476, 69 S.CT. 213, 218-19, 93 L.Ed. 168, 174 p 54

UNITED STATES v. HADFIELD, 918 F.2d 987, 994 (1ST CIR. 1990) 612 p. 53

SPENCER v. TEXAS, 385 U.S. 554, 560, 87 S.CT. 648, 652, 17 L.Ed 2d 606 p. 54

UNITED STATES v. ARIAS-MONTOYA, 967 F.2d at 712-13 p. 53

Rhode Island Court Cases:


State v. Brigham, 638 A.2d 1043-44 (R.I. 1994) ... p. 7

State v. Brown, 626 A.2d 228, 233 (R.I. 1993) ... p. 7

State v. Chartier, 619 A.2d 1119, 1123 (R.I. 1993) ... p. 9

State v. Gallagher, 654 A.2d 1026, 1206, 1210-11 (R.I. 1995) ... p. 7-9

State v. Garcia, 743 A.2d 1038, 1050 (R.I. 2000) ... p. 9, 54

State v. Gomes, 690 A.2d 310, 316 (R.I. 1997) ... p. 7

State v. Hockenhull, 525 A.2d 926, 929-30 (R.I. 1987) ... p. 25-26

State v. Jalette, 119 R.I. 614, 623-28, 382 A.2d 526, 531-33 (R.I. 1978) ... p. 7, 9(2), 19

State v. Lemon, 497 A.2d 713, 721 (R.I. 1985) ... p. 7, 9

State v. Messa, 594 A.2d 882-83 (R.I. 1991) ... p. 23(3), 24(3), 26(2)

State v. Ortiz, 824 A.2d 473, 485 (R.I. 2003) ... p. 26

State v. Pignolet, 465 A.2d 176 (R.I. 1983) ... p. 17

State v. Pratt, 641 A.2d 732, 742 (R.I. 1994) ... p. 8

State v. Quattrocchi, 681 A.2d 879, 885-86 (R.I. 1996) ... p. 7, 9, 18

State v. Rodriguez, 822 A.2d 894, 910 (R.I. 2003) ... p. 26

State v. Stewart, 663 A.2d 912, 922-23 (R.I. 1995) ... p. 6, 7, 11


Other Rhode Island Court Cases:


State v. Acquisto, 463 A.2d 122, 128 (R.I. 1983) ... p. 53

State v. Cardoza, 465 A.2d 200, 202 (R.I. 2003) ... p. 53

State v. Cline, 122 R.I. 297, 330, 405 A.2d 1192, 1210 (1979) ... p. 53

State v. Colvin, 425 A.2d 508, 511 (R.I. 1981) ... p. 54

State v. Mastracchio, 112 R.I. 487, 493, 312 A.2d 190 (1973) ... p. 53

OTHER STATE CASES:


COMMONWEALTH V. SPRUILL, 391 A.2d 1048-50 (PA. 1978) p. 6

PEOPLE V. EWOLDT, 867 P.2d 757, 769 (CAL. 1994) p. 13

PEOPLE V. KELLY, 66 CAL.2d 232, 424 P.2d, 947, 57 CAL.RPTR 363 (1967) p. 19, 53

PEOPLE V. LEHMAN, 125 N.E. 2d 506 (ILL. 1995) p. 6

PEOPLE V. WOLTZ, 592 N.E. 2d 1182, 1186-87 (ILL. CT. APP. 1992) p. 16-17

STATE V. BENNETT, 672 P.2d 776

STATE V. BOWEN, 738 P.2d 316, 320-21 (WASH. CT. APP. 1987) p. 16

STATE V. CURRY, 43 OHIO ST.2d 66, 330 N.E.2d 720 (1975) p. 19

STATE V. DEVINCENTIS, 74 P.3d 119, 125 (WASH. 2003) p. 11

STATE V. HANSEN, 608 P.2d 1083, 1085-86 (MONT. 1980) p. 11

STATE V. IRVING, 601 P.2d 954, 956-57 (WASH. CT. APP. 1979) p. 14

STATE V. KIRSCH, 622 A.2d 937 (N.H. 1995) p. 13

STATE V. KULMAC, 644 A.2d 887, 909 (CONN. 1994) (KATZ, J., DISSENTING) p. 18

STATE V. LOUGH, 889 P.2d 487, 490 (WASH 1995) p. 13 (2)

STATE V. MOELLER, 548 N.W. 2d 465, 471-77 (S.D. 1996) p. 16

STATE V. OSIER, 569 N.W. 2d 441, 444 (N.D. 1997) p. 17

STATE V. SMITH, 725 P.2d 951, 953 (WASH. 1986) p. 8, 15

STATE V. TREMPE, 663 A.2d 620 (N.H. 1995) p. 7

STATE V. WINTER, 648 A.2d 624 (VT. 1994) p. 7, 12

STATE V. WOODBURY, 469 A.2d 1302, 1305 (N.H. 1983) p. 6

VELEZ V. STATE, 762 P.2d 1297, 1301 (ALASKA CT. APP. 1988) p. 16

WHITTY V. STATE, 34 WIS.2d 278, 297, 149 N.W.2d 557, 565 (1967) p. 19, 53


OTHER STATE CASES:


ROSS V. STATE, 276 Md. 664, 350 A.2d 680 (1976) p. 53

MISCELLANEOUS:

J.H. WIGMOR, EVIDENCE § 194 at 509 (3RD ed. 1940) p. 6

M.C. SLOUGH & J. WILLIAM KNIGHTLY, "OTHER VICES, OTHER CRIMES" 41 IOWA L. REV. 325 (1956) p. 6

PROSSER, HANDBOOK OF THE LAW OF TORTS §§ 9 & 10 at 34-41 (4th ed. 1971) p. 25

PUB. L. 93-595 § 1, JAN. 2 1975 88 STAT. 1932 p. 4

McCORMICK, EVIDENCE § 190 at 447 (2d ed. 1972) p. 53