UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JAMES D. CONINGFORD,**
**Petitioner,**

**vs.** . **C.A. N0. 07-167ML**

**STATE OF RHODE ISLAND, et al.,**
**Respondents.**

# JUDGMENT

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for Respondents STATE OF RHODE ISLAND, et al., against Petitioner JAMES D. CONINGFORD, pursuant to this Court's Memorandum and Order dated August 26, 2008; GRANTING the Respondents' Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

Enter:

Deputy Clerk

DATED: **August 26, 2008**