UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF RHODE ISLAND.

JAMES D. CONINGFORD, Plaintiff

v.

No. 07-167ML

STATE OF RHODE ISLAND, Defendant

**Notice of Appeal**

Notice is hereby given that [here name all parties taking the appeal, (plaintiffs) (defendants) in the above named case,* ] hereby appeals to the United States Court of ~~Appeals for the~~ ________________ ~~Circuit~~ (from the final judgment) (from an order (describing it)) entered in this action on the TWELFTH day of SEPTEMBER, 2008.

James Coningford 9/12/08

P.O. Box 8274 CRANSTON, RI 02908-0274
(Address)

CtApNoticeAppeal