# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

*September 16, 2008*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*One Courthouse Way, Suite 2500*
*Boston, MA 02109*

*RE: James Coningford v. State of RI, et al*
*USDC-RI CA 07-167ML*
*USCA NO. #*

*Dear Mr. Donovan:*

*Enclosed herewith please find the RECORD ON APPEAL on appeal together with a certified copy of the docket entries in the above entitled case.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By:* Barbara Barletta
*Deputy Clerk*

*Enc. Court file*